April 17, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

JILES DANIELS, Appellant

NO. 14-12-00243-CV                              V.

EMPTY EYE, INC., EMPTY EYE & ASSOCIATES, L.P. & JUDITH DANIELS,
Appellees

_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on January 20, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by JILES DANIELS.

We further order this decision certified below for observance.

We further order the mandate be issued immediately.